UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CIV-GOLD/SIMONTON

SARAH ALEXANDRA ROTHMAN,

    Plaintiff,

vs.

HUMANA INC.,

    Defendant.
_____/



FILED by ____ D.C.
FEB 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this Cause is appropriate pursuant to Local Rule 3.9(c) due to lower-numbered Case No. 99-8763-CIV-MORENO, *Price v. Humana, Inc.*, and subject to the consent of the Honorable Federico A. Moreno, United States District Judge for the Southern District of Florida, it is hereby

ORDERED AND ADJUDGED that the above-numbered Cause be and the same is hereby transferred to the calendar of Judge Moreno for all further proceedings.

DONE AND ORDERED in chambers, at Miami, Florida, this __17__ day of February, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CIV-GOLD/SIMONTON

After reviewing the Court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following case number, 00-6132-CIV-MORENO, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this ___ day of _____, 2000.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of _____ 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Andrea Simonton
U.S. Magistrate Judge Robert L. Dube

Lucy Lara, Case Assignment Administrator

Andrew Peretz, Esq.