UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 00-6132-CIV-MORENO/Simonton

SARAH ALEXANDRA ROTHMAN,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.

_____/

### DEFENDANT HUMANA'S MOTION FOR TELEPHONIC STATUS CONFERENCE IN ADVANCE OF MARCH 29 HEARING SCHEDULED IN *PRICE v. HUMANA*

Defendant Humana Inc. respectfully requests that, at its earliest convenience, this Court schedule a telephonic status conference among counsel in this action as well as the following related actions against Humana pending before this Court (the "Humana Cases"): *Donna Messina v. Humana, Inc.*, Case No. 99-3309-Civ-Moreno; *Berrios v. Humana, Inc.*, Case No. 00-6131-Civ-Moreno; *Robert L. Guesby v. Humana, Inc.*, Case No. 00-6136-Civ-Moreno; *Susan Kay Smart v. Humana, Inc.*, Case No. 00-6140-Civ-Moreno; *Ailene Colini v. Humana, Inc.*, Case No. 00-6139-Civ-Moreno; and *Regina Joi Price v. Humana, Inc.*, Case No. 99-8763-Civ-Moreno. As grounds for its motion, Humana states as follows:

    1.    Except for the identities of the individual named plaintiffs, both the factual allegations and the purported classes in each of the Humana Cases are identical or virtually identical. In addition to the Humana Cases, three other actions – *Lewen v. Humana Inc.*, No. 00-6130-CIV-Ferguson (S.D. Fla.); *Lewinsohn v. Humana Inc.*, No. 00-6138-CIV-Moore (S.D.

Case No. 00-6132-CIV-MORENO/Simonton

Fla.); and *Weinger v. Humana Inc.*, No. 99-9108-CIV-Ryskamp (S.D. Fla.) – are pending before other judges of this Court and involve factual allegations and purported classes that are identical or virtually identical to those at issue in the Humana Cases. These 10 identical or virtually identical purported class actions have been filed *seriatim* by four sets of plaintiffs' counsel: Boies, Schiller & Flexner L.L.P. (*Price*); Miller, Schwartz & Miller, P.A. (*Guesby, Colini, Lewinsohn,* and *Smart*); Barrett, Gravante, Carpinello & Stern (*Messina, Berrios, Rothman,* and *Lewen*); and the Law Offices of David Krathen, P.A. (*Weinger*).

2. Each of the seven Humana Cases, along with the three other identical or virtually identical actions, is the subject of a motion before the Judicial Panel on Multidistrict Litigation ("MDL") to transfer and consolidate for pretrial proceedings. In addition, Humana has moved to dismiss each of the above-entitled actions pursuant to Fed. R. Civ. P. 12(b)(6).

3. Despite the fact that these actions are identical in all material respects, they are presently subject to coordination and are currently being litigated on different and potentially conflicting tracks. For example, in *Price*, this Court has issued an Order Setting Hearing (dated February 15, 2000) under which the parties are ordered to present argument on March 29, 2000, concerning the *Price* plaintiffs' motion for class certification and "any other pending motion that the Court has not referred to a magistrate judge." In *Smart*, Judge Ungaro-Benages – prior to transferring the case to this Court – ordered the parties to submit briefing on Humana's motion for stay on an expedited basis, with Humana's reply brief due for filing on March 14, 2000.

4. A telephonic status conference at the Court's earliest convenience will further two objectives. *First*, it will permit the parties to discuss with the Court the issues the Court anticipates addressing at the March 29th hearing. At present, Humana anticipates that these

Case No. 00-6132-CIV-MORENO/Simonton

issues may include plaintiff's motion for class certification, Humana's motion to dismiss, and Humana's motion for stay, among other things. *Second*, it will permit counsel in the nine non-*Price* actions to discuss potential avenues for local coordination before the MDL Panel issues its ruling on Humana's motion to transfer and consolidate. In particular, such discussions among the parties may suggest to the Court that it is appropriate to enlarge the March 29th hearing in *Price* to encompass pending issues in all related actions.

For the foregoing reasons, Defendant Humana Inc. respectfully requests that the Court schedule a telephonic status conference at its earliest convenience.

Respectfully submitted,

ADORNO & ZEDER, P.A.

Henry N. Adorno
Fla. Bar No. 160203, hna@adorno.com
Raoul G. Cantero, III
Fla. Bar No. 552356, rgc@adorno.com
2601 South Bayshore Drive, Suite 1600
Miami, Florida 33133
Phone: (305) 858-5555
Fax:    (305) 858-4777

and

Jones Foster Johnston & Stubbs
505 S. Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475

Case No. 00-6132-CIV-MORENO/Simonton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by mail this 10th day of March, 2000, upon:

Andrew B. Peretz
Barrett, Gravante, Carpinello & Stern
One E. Broward Boulevard, Suite 620
Ft. Lauderdale, FL  33301



RGC/L.NOTICE/275492/14623.001

4
ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777