IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6132-CIV-MORENO/Dube

SARAH ALEXANDRA ROTHMAN,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.
_____/

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Humana Inc. ("Humana"), by and through its undersigned counsel, moves under Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Complaint in its entirety. In support of this Motion, Humana submits the accompanying Memorandum of Law citing supporting authorities, as required by Rule 7.1 of the Local Rules of this Court.

WHEREFORE, based on the reasons and supporting authorities set forth in Humana's accompanying Memorandum of Law, Humana prays this Court dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and grant such further relief as is just and proper.



Case No. 00-6132-Civ-Moreno/Dube

Respectfully submitted,

ADORNO & ZEDER, P.A.

_____
Henry N. Adorno
Fla. Bar No. 160203, hna@adorno.com
Raoul G. Cantero, III
Fla. Bar No. 552356, rgc@adorno.com
2601 South Bayshore Drive, Suite 1600
Miami, Florida   33133
Phone:  (305) 858-5555
Fax:       (305) 858-4777

and

Jones Foster Johnston & Stubbs
505 S. Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, FL  33402-3475

and

O'Melveny & Myers
555 13th Street NW, Ste 500 West
Washington, DC 20004-1109

Case No. 00-6132-Civ-Moreno/Dube

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail this 2 4th day of March, 2000, upon:

Andrew B. Peretz
Barrett, Gravante, Carpinello & Stern
One E. Broward Boulevard, Suite 620
Ft. Lauderdale, FL 33301