IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6132-CIV-MORENO/Dube

SARAH ALEXANDRA ROTHMAN,

    Plaintiff,

vs.

HUMANA INC.,

    Defendant.
_____/

### DEFENDANT HUMANA'S RESPONSE TO RULE TO SHOW CAUSE DATED MARCH 17, 2000

Defendant Humana Inc. ("Humana") hereby respectfully submits its response to the Court's Rule to Show Cause dated March 17, 2000 (D.E. #5).

Humana agrees with the Court's suggestion that this case (along with the related actions pending before the Court) be dismissed, without prejudice to plaintiffs' right either to file a single consolidated complaint or to amend the complaint in the *Price v. Humana Inc.* action to encompass the claims of all current named plaintiffs. There is little question that all the actions pending before the Court are identical in all material respects (and virtually all non-material respects, for that matter). Indeed, it appears that the filing of multiple identical actions in the Southern District of Florida was the result of a coordinated effort among various plaintiffs' counsel to influence the decisionmaking process of the Judicial Panel on Multidistrict Litigation ("MDL Panel"), which will convene this week to rule on Humana's petition to transfer and consolidate these and other related actions before a single district judge for pretrial proceedings. The coordination among plaintiffs' counsel is evident

Case No. 00-6132-Civ-Moreno/Dube

not only from the word-for-word identity among most of the complaints, but also from a number of additional facts:

- The named plaintiffs in seven actions – *Lewen*, *Rothman*, and *Berrios* (brought by the Barrett, Gravante law firm), along with *Lewinsohn*, *Smart*, *Guesby*, and *Colini* (brought by the Miller, Schwartz & Miller law firm) – are all employed by the same employer (the Broward County School Board).

- The named plaintiff in one of the seven most recent actions – *Lewen*, filed by the Barrett, Gravante firm – appears to be the wife of one of the attorneys (Greg Lewen) representing the plaintiffs in the four actions filed by the Miller, Schwartz & Miller firm.

- The law firm representing plaintiffs in the *Price* action serves as co-counsel with plaintiff's counsel in the *Weinger v. Humana Inc.* action in connection with *Conte v. Aetna Inc.* and *Peterson v. Connecticut General Life Insurance Co.*, cases pending in the Eastern District of Pennsylvania that raise ERISA claims similar to those in the subject cases.

In short, the fact that there are nine Humana actions currently on the Court's docket is merely an artifact of counsel's efforts to multiply proceedings to influence the MDL Panel's ultimate choice of forum. There is no reason why these actions should proceed on separate tracks.

Indeed, when the MDL Panel issues its transfer order in a few weeks, it is all but certain that these and other related actions will be consolidated in the manner contemplated in this Court's Rule to Show Cause. In a typical multidistrict proceeding, the transferee court will exercise its authority to order the filing of a single consolidated complaint. *See* MOORE'S FEDERAL PRACTICE 3D § 42.13[5] (1997). The result is precisely what the Court envisions here: a single proceeding in which all named plaintiffs are joined.

Case No. 00-6132-Civ-Moreno/Dube

For the foregoing reasons, Humana fully endorses the suggestion outlined in the Court's Rule to Show Cause. In the event any plaintiffs oppose the Court's suggestion on grounds not discussed in a previous filing, Humana reserves its right to respond.

Respectfully submitted,

ADORNO & ZEDER, P.A.

_____
Henry N. Adorno
Fla. Bar No. 160203, hna@adorno.com
Raoul G. Cantero, III
Fla. Bar No. 552356, rgc@adorno.com
2601 South Bayshore Drive, Suite 1600
Miami, Florida 33133
Phone: (305) 858-5555
Fax:   (305) 858-4777

and

Jones Foster Johnston & Stubbs
505 S. Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475

and

O'Melveny & Myers
555 13th Street NW, Ste 500 West
Washington, DC 20004-1109

Case No. 00-6132-Civ-Moreno/Dube

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail this 28th day of March, 2000, upon:

Andrew B. Peretz
Barrett, Gravante, Carpinello & Stern
One E. Broward Boulevard, Suite 620
Ft. Lauderdale, FL  33301

4