**CLOSED CIVIL CASE**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6132-CIV-MORENO

SARAH A. ROTHMAN,

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



FILED by ℥ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties response to this Court's March 17, 2000 Rule to Show Cause.

THE COURT notes that the above-captioned matter involves the same parties and raises similar questions of law and fact as Case No. 99-8763-CIV-MORENO. Accordingly it is

ADJUDGED that this case is **DISMISSED** without prejudice, with leave to amend the Complaint in Case No. 99-8763-CIV-MORENO to assert all claims and defenses that were raised in the above-captioned case. Furthermore, it is

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of March, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL ON ATTACHED SERVICE LIST



## SERVICE LIST
### Sarah Alexandra Rothman v. Humana, Inc.
### Case No.: 00-6132-CV-MORENO

**Counsel for Plaintiff**

Andrew B. Peretz, Esq.
BARRETT, GRAVANTE,
 CARPINELLO & STERN, P.A.
One East Broward Boulevard
Suite 620
Fort Lauderdale, FL 33301-1406

**Counsel for Defendant**

John H. Beisner, Esq.
Brian D. Boyle, Esq.
Brian Brooks, Esq.
Robert Eccles, Esq.
Ira H. Raphaelson, Esq.
John A. Rogovin, Esq.
*O'MELVENY & MYERS*
555 13th Street NW
Suite 500 West
Washington, DC 20004-1109

Peter Alan Sachs, Esq.
*JONES FOSTER JOHNSTON & STUBBS*
505 S Flagler Drive
Suite 1100 PO Box 3475
West Palm Beach, FL 33402-3475

Henry N. Adorno, Esq.
Raoul G. Cantero, III, Esq.
*ADORNO & ZEDER, P.A.*
2601 South Bayshore Drive, Suite 1600
Miami, FL 33133